# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

3/9/11

*Receipt # 7925*
*# 3.36*
*3/9/11*

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

    Re:    HITCHCOCK, ROBERT M, JR     / Case # 09-20686
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $3.36. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    ■ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant   GE Money Bank
c/o Recovery Management
Systems Corporat     Amount $ 3.36     Claim Register #   15

*/s/ Douglas J. Lustig*

DOUGLAS J. LUSTIG
Trustee

*FILED 2011 MAR -9 PM 3:56 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER*

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdlawyers.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP